**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JAMES C. MASTANDREA,** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | **CASE NO. _____** |
| **DAVID TAYLOR, JACK** | § | |
| **MAHAFFEY, JEFF JONES,** | § | |
| **NANDITA BERRY, DAVID** | § | |
| **HOLEMAN, CHRISTINE** | § | |
| **KROMBEEN MASTANDREA,** | § | |
| **PETER TROPOLI, and** | § | |
| **WHITESTONE REIT,** | § | |
| | § | |
| **Defendants** | § | |

<u>**NOTICE OF REMOVAL BY PLAINTIFF JAMES C. MASTANDREA**</u>

COMES NOW JAMES C. MASTANDREA, Plaintiff in the above-referenced case ("Plaintiff") and file this Notice of Removal and would respectfully show this Court as follows:

**I.**

<u>**THE REMOVED PROCEEDING**</u>

1.     The underlying case was filed on February 23, 2022, in the 215th Judicial District Court of Harris County, Texas, Cause No. 2022-11380, and is styled *James C. Mastandrea vs. David Taylor, Jack Mahaffey, Jeff Jones,  Nandita Berry, David Holeman, Christine Krombeen Mastandrea, Peter Tropoli and Whitestone REIT* (the "State Court Lawsuit"). The Defendants' attorneys-of-record are:

Bruce Hurley, Esq.
Mitchell B. Bryant, Esq.
KING & SPALDING LLP
1100 Louisiana, Suite 4100
Houston, Texas 77002
Telephone: 713.751.3200
Fax: 713.751.3290
Email: bhurley@kslaw.com
Email: mbbryant@kslaw.com

Amanda Sonneborn, Esq.
Andrew R. Cockroft, Esq.
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
Telephone: 312.995.6333
Email: asonneborn@kslaw.com
Email: acockroft@kslaw.com

## II.

## GROUNDS FOR REMOVAL

2.      On March 4, 2024, Pillarstone Capital REIT and Pillarstone Capital REIT Operating Partnership, L.P. filed for bankruptcy under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Texas styled:

- No. 24-30656-swe-11; In Re: Pillarstone Capital REIT Operating Partnership, LP; and

- No. 24-30657-sgj-11; In Re: Pillarstone Capital REIT.

3.      The State Court Lawsuit is removed pursuant to 28 U.S.C. § 1452. Federal courts have "related to" subject matter jurisdiction over litigation in state court if the "proceeding could conceivably affect the estate being administered in bankruptcy." *Lone Star Fund V (U.S.) LP v. Barclays Bank PLC*, 594 F.3d 383, 386 (5th Cir. 2010)." Related to" jurisdiction is broad enough to encompass any litigation where "the outcome could alter, positively or negatively, the debtor's rights, liabilities, options, or freedom of action or could influence the administration of the bankrupt estate." *Id.* at 386. Contractual indemnification rights may give rise to "related to" jurisdiction. *Lone Star Fund V (U.S.)*

*LP v. Barclays Bank PLC*, 594 F.3d at 387 ("This circuit has already ruled, moreover, that contractual indemnification rights may give rise to 'related to' jurisdiction").

4.     The state court lawsuit brought by Whitestone REIT ("Whitestone") alleges that Mastandrea, acting as an officer/trustee of the debtor, Pillarstone Capital REIT ("Pillarstone") took actions on behalf of Pillarstone which financially harmed Whitestone. These allegations involve millions of dollars in claimed damages and give rise to contractual indemnification in favor of Mastandrea and against the debtor, Pillarstone. Mastandrea has previously filed a Proof of Claim for contractual indemnity against Pillarstone in the bankruptcy proceedings.

5.     Upon removal to this Court, Plaintiff intends to move this Court for an order transferring this action to the United States District Court for the Northern District of Texas, Dallas Division, and from that court to the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, where the Bankruptcy Cases are pending.

6.     Plaintiff will promptly file a copy of this notice of removal with the clerk of the State Court Lawsuit pursuant to Federal Rule of Bankruptcy Procedure 9027(c).

7.     Plaintiff consents to entry of final orders or judgment by the bankruptcy court.

8.     Pursuant to LR 81 of the  Southern District of Texas, Plaintiff is filing with this Notice of Removal the following:

1)     All executed process in the case;

2)     Pleadings asserting causes of action, e.g., petitions, counterclaims, cross actions, third-party actions, interventions and all answers to such pleadings;

3)    All orders signed by the state judge;

4)    The docket sheet;

5)    An index of matters being filed; and

6)    A list of all counsel of record, including addresses, telephone numbers and parties represented.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully requests that the

State Court Lawsuit be removed to the United States District Court for the Southern District

of Texas, Houston Division, and for such other and further relief to which he may be justly

entitled.

Respectfully submitted,

/s/ Mike O'Brien
Mike O'Brien
MIKE O'BRIEN, P.C.
State Bar No. 15170200
S.D.Tx. Bar No. 9968
14225 Highway 105
Washington, TX 77880
(713) 222-0088
(713) 222-0888 fax
mike@moblaw.com

ATTORNEY-IN-CHARGE FOR
PLAINTIFF, JAMES C. MASTANDREA

OF COUNSEL:
Thomas R. Ajamie
AJAMIE LLP
State Bar No. 00952400
711 Louisiana Street
Suite 2150
Houston TX 77002
(713) 860-1600
(713) 860-1699
tajamie@ajamie.com

Notice of Removal
Page 4

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of this Notice of Removal has been delivered to all counsel of record listed below, via any proper method of service allowed by the Federal Rules of Civil Procedure or via any method of service agreed to the parties, on this the 26th day of April, 2024.

Bruce Hurley, Esq.
Mitchell B. Bryant, Esq.
KING & SPALDING LLP
1100 Louisiana, Suite 4100
Houston, Texas 77002
Telephone: 713.751.3200
Fax: 713.751.3290
Email: bhurley@kslaw.com
Email: mbbryant@kslaw.com

Amanda Sonneborn, Esq.
Andrew R. Cockroft, Esq.
KING & SPALDING LLP
110 N Wacker Drive
Suite 3800
Chicago, IL 60606
Telephone: 312.995.6333
Email: asonneborn@kslaw.com
Email: acockroft@kslaw.com

*/s/ Mike O'Brien*
Mike O'Brien