IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES C. MASTANDREA,<br><br>               Plaintiff,<br><br>v.<br><br>DAVID TAYLOR, JACK MAHAFFEY,<br>JEFF JONES, NANDITA BERRY, DAVID<br>HOLEMAN, CHRISTINE KROMBEEN<br>MASTANDREA, PETER TROPOLI, and<br>WHITESTONE REIT,<br><br>               Defendants. | C.A. No. 4:24-cv-01571<br><br>Judge Charles R. Eskridge |

## **DEFENDANTS' UNOPPOSED MOTION TO SUBSTITUTE COUNSEL**

Defendants David Taylor, Jack Mahaffey, Jeff Jones, Nandita Berry, David Holeman, Christine Krombeen Mastandrea, Peter Tropoli, and Whitestone REIT (collectively, "Defendants") file this Unopposed Motion to Substitute Counsel and respectfully request that George T. Shipley, as lead counsel, accompanied by Brooksie Bonvillain Boutet and Xperanza Uviedo, be officially substituted as Defendants' attorneys of record in this matter in place of Bruce Hurley, Mitchell B. Bryant, Amanda Sonneborn (pro hac forthcoming), and Andrew R. Cockroft (pro hac forthcoming) of King & Spalding LLP. Defendants have consented to and approved this substitution. Bruce Hurley of King & Spalding LLP has approved this substitution, as evidenced by his signature below. Additionally, Plaintiff is not opposed to this substitution. This substitution is not sought for reasons of delay but so that justice may be done.

WHEREFORE, Defendants respectfully request that this Court grant its motion to substitute George T. Shipley, Brooksie Bonvillain Boutet, and Xperanza Uviedo as Defendants' attorneys of record in this matter in place of Bruce Hurley, Mitchell B. Bryant, Amanda Sonneborn, and Andrew R. Cockroft of King & Spalding LLP.

Respectfully submitted,

SHIPLEY SNELL MONTGOMERY LLP

By:   /s/ George T. Shipley
     George T. Shipley
     Attorney-in-charge
     State Bar No. 18267100
     Federal ID No. 02118
     717 Texas Ave., Suite 1800
     Houston, Texas 77002
     Telephone: (713) 652-5920
     Facsimile: (713) 652-3057
     gshipley@shipleysnell.com

ATTORNEYS FOR DEFENDANTS

OF COUNSEL:

Brooksie Bonvillain Boutet
State Bar No. 24097400
Federal ID No. 2789069
Xperanza Uviedo
State Bar No. 24126047
Federal ID No. 3833601
SHIPLEY SNELL MONTGOMERY LLP
717 Texas Ave, Suite 1800
Houston, Texas 77002
Telephone:  (713) 652-5920
Facsimile:   (713) 652-3057
bboutet@shipleysnell.com
xuviedo@shipleysnell.com

2

**SUBSTITUTION APPROVED:**

KING & SPALDING LLP

By:    */s/ Bruce Hurley (by permission)*
       Bruce Hurley
       TX State Bar No. 10311400
       SDTX Fed. ID No. 12335
       Mitchell B. Bryant
       TX State Bar No. 24103534
       SDTX Fed. ID No. 3482311
       1100 Louisiana,  Suite 4100
       Houston, Texas 77002
       Telephone:  (713) 751-3200
       Facsimile:   (713) 751-3290
       Email: bhurley@kslaw.com
       Email: mbbryant@kslaw.com

       Amanda Sonneborn (pro hac forthcoming)
       Andrew R. Cockroft (pro hac forthcoming)
       110 N. Wacker Drive, Suite 3800
       Chicago, Illinois 60606
       Telephone: (312) 995-6333
       Email: asonneborn@kslaw.com
       Email: acockroft@kslaw.com

## CERTIFICATE OF CONFERENCE

I hereby certify that on May 22, 2024, I conferred with Thomas Ajamie, attorney for Plaintiff, who informed me that he does not oppose the proposed substitution of counsel.

                                       */s/ George T. Shipley*
                                        George T. Shipley

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document was sent to all counsel of record on the 23rd day of May, 2024, via the court's CM/ECF System per Local Rule 5.1.

                                       */s/ George T. Shipley*
                                        George T. Shipley